40 A.3d 56

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BUDDY RANDOLPH, DEFENDANT–PETITIONER.

March 31, 2011.

It is ORDERED that the petition for certification is granted, limited to the issue of whether in resentencing defendant, the trial court erred in refusing to consider evidence of defendant's post-conviction rehabilitation.